IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-128-FL

| | |
|---|---|
| ANTHONY MARCELLE MCLEAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RALEIGH POLICE DEPARTMENT, ) | |
| DETECTIVE BROWN, LT. BATTON, and ) | |
| OFFICER PERRIN, ) | |
| ) | |
| Defendants. | |

This matter is before the court upon plaintiff's motions for entry of default (DE 18, 20) and for extension of time to file objections (DE 22).[1] As an initial matter, where the court's review pursuant to 28 U.S.C. § 1915(e)(2)(B) has not yet been completed, plaintiff's motions for entry of default are DENIED as premature. Turning next to plaintiff's motion for extension of time to file objections, for good cause shown, plaintiff's motion is GRANTED pursuant to Federal Rule of Civil Procedure 6(b)(1). Given that plaintiff filed initial objections August 28, 2024, plaintiff is allowed an extension of time until March 24, 2025, to file supplement, if any, to such objections. Thereupon, the court will enter such further order as is warranted regarding review under § 1915(e)(2)(B).

SO ORDERED, this the 26th day of February, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Also pending is the memorandum and recommendation ("M&R") of United States Magistrate Judge Kimberly A. Swank regarding review pursuant to 28 U.S.C. § 1915(e)(2)(B), (DE 19), which will be addressed by separate order following the extension of time allowed herein.