UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY MARCELLE MCLEAN, JR. )<br>                Plaintiff, )<br>v. )<br>                           )<br>RALEIGH POLICE DEPARTMENT, Police )<br>Department, BROWN, Detective and Police )<br>Officer, LT. BATTON, Police Officer, and )<br>OFFICER PERRIN, Police Officer )<br>                Defendants. ) | **JUDGMENT**<br>No. 5:24-CV-128-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 27, 2025, and for the reasons set forth more specifically therein, that Plaintiff's claims are DISMISSED for failure to state a claim upon relief can be granted.

**This Judgment Filed and Entered on May 27, 2025, and Copies To:**
Anthony Marcelle McLean, Jr. (via U.S. Mail) Wake County, P O Box 2419, Raleigh, NC 27602

May 27, 2025                PETER A. MOORE, JR. CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk